UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Valerie Shepherd

_____

_____

Write the full name of each plaintiff.

-against-

New York Knick Mark Jackson, James Dolan

_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
  ☑ Yes    ☐ No

RECEIVED
SDNY PRO SE OFFICE
2022 FEB 16 AM11:39

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

I been to police station  in June 25, 2020 AND March 25 2021 I could not

take out complaint on Mark Jackson New York Knicks James Dolan. I have

Wrote several FBI letter in Washington DC and wrote Jon Miller April 2021

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
         (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

                 (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Valerie_ _____ _Shepherd_
First Name           Middle Initial      Last Name

_9 union Ave Senior Court 4_
Street Address

_Norwalk_          _CT_        _06851_
County, City                  State          Zip Code

_530 375-0331_          _____
Telephone Number              Email Address (if available)

Page 3

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   MARK                    Jackson

First Name                    Last Name

Basket-Ball Player

Current Job Title (or other identifying information)

madison Square Garden

Current Work Address (or other address where defendant may be served)

~~New York~~ New York   10001

County, City                    State            Zip Code

manhattan

Defendant 2:   Jame                    Dolan

First Name                    Last Name

President New York Knick

Current Job Title (or other identifying information)

Madison Square Garden

Current Work Address (or other address where defendant may be served)

Manhattan   NY.            10001

County, City                    State            Zip Code

Defendant 3:   _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State            Zip Code

Page 4

Defendant 4: _____
             First Name                            Last Name

               _____
             Current Job Title (or other identifying information)

               _____
             Current Work Address (or other address where defendant may be served)

               _____
             County, City                 State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    Police Station March 25, 2021 375 west 35  street take out complaint could not.

Date(s) of occurrence:    March 25, 2021 375 west 35 street police office

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I been to police station on March 25,2021 and could not take out complaitn on mark Jack

son the New York Knick. I lost my job at Amazon this second job he took since 2020 I

had lost the job march 25, 2021. I did  send FBI letter several letter in Washington DC

I have not heard from any of the my letters. Jon Miller NBC Sports I  did not hear from
I wrote a letter to Jon Miller on April 8,2021.  I wrote William F. Sweeny  on April 12, 2021

FBI office in new york. I have not heard from anyone.I did write Chief of Police Terrence

Monahan in New York. I have not heard from anyone. I wrote Terrance Monaham on
March 29,2021. I have not had any response to any of my letter in Washington DC

Mark Jackson been stop me from getting the next  job. He stop from getting over  100

jobs.  I can name 50 company he stop from getting. I been trying to get

I been trying to get Mark Jackson in court for since 2020 AND 2021.  He been stopping

from getting my next job. I have not heard any response any of my letter I wrote from

the FBI and Jon Miller or Police.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My leg and foot He been hurting me on the job. I been hurt my stomach sometimes.He

He been hurt leg and foot at the gym or any time. I have  been to doctor today about

my pain in my foot.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Pay me pain and suffering for my jobs and feet and leg pain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My leg and foot He been hurting me on the job. I been hurt my stomach sometimes.He

He been hurt leg and foot at the gym or any time. I have  been to doctor today about

my pain in my foot.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Pay me pain and suffering for my jobs and feet and leg pain.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

2-14-2022

_____      _____
Dated      Plaintiff's Signature

Valerie      Shepherd

First Name    Middle Initial    Last Name

*Qunion Avenue Senior Court 4*

Street Address

*Norwalk     CT     06851*

County, City      State      Zip Code

*530 375 0331*

Telephone Number      Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☒ No

     If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7