UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE SHEPHERD,<br><br>                            Plaintiff,<br><br>-against-<br><br>NEW YORK KNICK MARK JACKSON;<br>JAMES DOLAN,<br><br>                           Defendants. | 22-CV-1319 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued May 20, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 20, 2022
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                  Chief United States District Judge